UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PLEASANT HILL CHRISTIAN
CHURCH MINISTRIES, INC.,

    Plaintiff,

v.                                     Case No.:  2:24-cv-417-JLB-KCD

OHIO SECURITY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

    Because the parties have not agreed on an umpire (Docs. 31, 33), the Court will set an **in-person hearing** for the appraisers to appear along with counsel to advise the Court of their respective objections to their counterpart's proposed umpires. The Court will set this hearing by separate notice. If the appraisers agree on an umpire before the hearing, the parties must file a notice and the hearing will be cancelled. The parties should also be prepared to discuss Defendant's arguments about the form of the award at the hearing. (Doc. 31 at 7.)

    **ORDERED** in Fort Myers, Florida on November 18, 2024.

Kyle C. Dudek
United States Magistrate Judge