UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PLEASANT HILL CHRISTIAN
CHURCH MINISTRIES, INC.,

    Plaintiff,

v.

    Case No. 2:24-cv-417-KCD-DNF

OHIO SECURITY INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

The parties report that the merits of this case have been resolved, and judgment can be entered. (Doc. 61.) Thus, the Clerk is **DIRECTED** to enter judgment in favor of Pleasant Hill Christian Church Ministries, Inc., confirming the ACV appraisal award, terminate any pending motions and deadlines, and **CLOSE THE CASE**. Plaintiff may move for fees under Local Rule 7.1.

**ORDERED** in Fort Myers, Florida on December 22, 2025.

Kyle C. Dudek
United States District Judge